# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD TAYLOR,<br><br>          Plaintiff,<br><br>    v.<br><br>KEN CLARK, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:07-cv-00032-AWI-SMS PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 1) |

Plaintiff Gerald Taylor ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 12132 (Americans with Disabilities Act). Plaintiff filed this action on January 8, 2007. The court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and found that it states a cognizable claim for relief under section 1983 against defendant McKesson for use of excessive physical force in violation of the Eighth Amendment.[1] Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002). Accordingly, it is HEREBY ORDERED that:

    1.     Service is appropriate for the following defendant:

---

[1] In a Findings and Recommendations issued concurrently with this order, the court recommended that plaintiff's Americans with Disabilities Act claims be dismissed for failure to state a claim upon which relief may be granted, and defendants Clark, Sherman, Lais, Lindquist, Peterson, and Wofford be dismissed from this action based on plaintiff's failure to state any claims upon which relief may be granted against them.

1

**C/O J. McKESSON**

2. The Clerk of the Court shall send plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed January 8, 2007.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Two (2) copies of the endorsed complaint filed January 8, 2007.

4. Plaintiff need not attempt service on defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

**Dated:   May 11, 2007**                             /s/ Sandra M. Snyder
                                                      UNITED STATES MAGISTRATE JUDGE