# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD TAYLOR, | CASE NO. 1:07-cv-00032-AWI-SMS PC |
| Plaintiff, | ORDER VACATING ORDER, AND FINDINGS AND RECOMMENDATIONS |
| v. | (Docs. 12 and 13) |
| KEN CLARK, et al., | |
| Defendants. | |

Plaintiff Gerald Taylor ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 20, 2007, plaintiff filed an amended complaint. Fed. R. Civ. P. 15(a). In light of the filing of an amended complaint, the court's order finding service of the original complaint appropriate, filed May 11, 2007, and the court's findings and recommendations recommending dismissal of certain claims and defendants, filed May 14, 2007, are HEREBY ORDERED VACATED.

IT IS SO ORDERED.

**Dated:   June 26, 2007**                        /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

1