# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD TAYLOR,<br><br>           Plaintiff,<br><br>      v.<br><br>KEN CLARK, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:07-cv-00032-AWI-SMS PC<br><br>ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 15) |

Plaintiff Gerald Taylor ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 and California law. Plaintiff filed this action on January 8, 2007. The Court has screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and finds that it states cognizable claims for relief against Defendant McKesson for battery and use of excessive physical force in violation of the Eighth Amendment, against Defendant Wofford for failure to protect Plaintiff, in violation of the Eighth Amendment, and against Defendants Clark and Adams under a theory of supervisory liability. Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002). Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

      **WARDEN KEN CLARK**

      **WARDEN DARRELL ADAMS (FORMER)**

      **R.N. WOFFORD**

**C/O JULIUS McKESSON**

2. The Clerk of the Court shall send Plaintiff four (4) USM-285 forms, four (4) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed June 20, 2007.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Five (5) copies of the endorsed amended complaint filed June 20, 2007.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:    April 3, 2008**               /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE