IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **GERALD TAYLOR,**<br><br>                              Plaintiff,<br><br>v.<br><br>**KEN CLARK, et al.,**<br><br>                              Defendants. | Case No.: 1:07-cv-00032-AWI-SMS PC<br><br>**ORDER GRANTING DEFENDANTS ADAMS, CLARK, MCKESSON AND WOFFORD'S FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (Doc. 27)**<br><br>**RESPONSE DUE AUGUST 5, 2008** |

The Court has considered Defendants' request for an extension of time to file a response to Plaintiff's complaint and it is HEREBY GRANTED.

Defendants' response to Plaintiff's Complaint is due on or before August 5, 2008.

IT IS SO ORDERED.

**Dated:   July 7, 2008**              /s/ Sandra M. Snyder
                                UNITED STATES MAGISTRATE JUDGE