1  GERALD TAYLOR
   J-66876
2  P.O. Box 2000
   Vacaville, CA 95696-2000
3
   Plaintiff In Propria Persona
4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10  GERALD TAYLOR,                    )      NO. 1:07-cv-00032-AWI-SMS PC
                                      )
11          Plaintiff,                )      **FINDINGS AND ORDER APPOINTING**
                                      )      **COUNSEL** (28 U.S.C. § 1915(e)(1);
12  vs.                               )      General Order 230)
                                      )
13  KEN CLARK, et al.,                )
                                      )
14          Defendants.               )
                                      )
15  _____  )

16          Plaintiff Gerald Taylor ("plaintiff") is a state prisoner proceeding pro se and in forma

17  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 and California law.  This action is

18  proceeding on plaintiff's amended complaint against defendant McKesson for battery and use of

19  excessive physical force in violation of the Eighth Amendment, against defendant Wofford for

20  failure to protect plaintiff, in violation of the Eighth Amendment, and against defendants Clark and

21  Adams under a theory of supervisory liability. (Doc. 19.) Defendants' first response to the amended

22  complaint is due on August 5, 2008.  (Doc. 28.)

23          Upon review of plaintiff's motion for appointment of counsel and the documents on file and

24  good cause appearing therefor, the court finds as follows:

25          1. Plaintiff has made substantial efforts to obtain legal representation and has been unable

26  to do so.  Further efforts to obtain the services of counsel without order of this court would be futile;

27          2. Plaintiff's income is 125 percent or less of the current poverty threshold established by the

28  Office of Management and Budget of the United States and is otherwise without resources to obtain

    counsel;

3. This case is of a type that attorneys in this district ordinarily do not accept without prepayment of a fee;

4. This case is not a fee generating case within the meaning of California Business and Professional Code § 8030.4(g);

5. This case has sufficient merit to warrant appointment pursuant to General Order No. 230;

Therefore this court orders as follows:

1. The King Hall Civil Rights Clinic is appointed as attorney for plaintiff pursuant to General Order No. 230;

2. The Clerk of the Court is directed to send counsel a copy of the file in this matter; and

3. Counsel shall submit all deposition transcript costs for payment pursuant to section 8030.6 of the California Business and Professions Code.  All other contemplated costs shall be handled as described in General Order 230.

IT IS SO ORDERED.

Dated:    **August 5, 2008**                                 **/s/ Sandra M. Snyder**
                                                                UNITED STATES MAGISTRATE JUDGE