1   Carter C. White, CSB # 164149
    U.C. Davis Civil Rights Clinic
2   One Shields Avenue, Bldg. TB-30
    Davis, CA  95616-8821
3   Telephone: (530) 752-5440
    Fax: (530) 752-5788
4   ccwhite@ucdavis.edu

5   Attorney for Plaintiff, Gerald Taylor

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10  GERALD TAYLOR,                     )      NO. CIV 1:07-cv-00032-AWI-SMS PC
                                       )
11          Plaintiff,                 )      **ORDER ON STIPULATION**
                                       )      **REGARDING DEFENDANTS'**
12  vs.                                )      **MOTION TO DISMISS**
                                       )
13  KEN CLARK, et al.,                 )
                                       )
14          Defendants.                )
                                       )
15
        On this day came on to be considered the stipulation of the parties, and it is hereby
16
        ORDERED, that the Defendants will schedule their Motion to Dismiss for hearing pursuant
17
    to Local Rule 78-230(b), and that the time for the filing of the Plaintiff's opposition will be set
18
    according to will be set according to Local Rule 78-230(c).
19
        The next available hearing dates are October 24, 2008, October, 31, 2008, and November 21,
20
    2008.  Pursuant to the Court's standard practice, the motion shall be heard by the undersigned rather
21
    than by Judge Ishii.
22

23
    IT IS SO ORDERED.
24
    Dated:    **August 27, 2008**                      **/s/ Sandra M. Snyder**
25                                            UNITED STATES MAGISTRATE JUDGE

26

27

28