# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD TAYLOR,<br><br>             Plaintiff,<br><br>     v.<br><br>KEN CLARK, et al.,<br><br>             Defendants.<br>                                                          / | CASE NO. 1:07-cv-00032-AWI-SMS PC<br><br>ORDER VACATING HEARING ON MOTION TO DISMISS SET FOR NOVEMBER 21, 2008, AT 9:30 A.M. IN COURTROOM 7 |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 12132 (Americans with Disabilities Act) by Plaintiff Gerald Taylor, a state prisoner proceeding in forma pauperis . Defendants Clark, McKesson, Adams, and Wofford's motion to dismiss is set for hearing before the undersigned on November 21, 2008, at 9:30 a.m. in Courtroom 7. The Court is unable to hear the motion on that date, and pursuant to Local Rule 78-230(h), deems a hearing on the matter to be unnecessary. Defendants' motion shall be submitted on the record. The opposition and reply deadlines shall governed by Local Rule 78-230(c), with the former hearing date being operative for the calculation of deadlines.

Accordingly, the hearing set for November 21, 2008, at 9:30 a.m. in Courtroom 7 before the undersigned is HEREBY VACATED. The motion shall be submitted on the record in compliance with Local Rule 78-230(c).

IT IS SO ORDERED.

**Dated:    October 23, 2008**              /s/ Sandra M. Snyder
                                                       UNITED STATES MAGISTRATE JUDGE