# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD TAYLOR, | CASE NO. 1:07-cv-00032-AWI-SMS PC |
| Plaintiff, | ORDER EXTENDING REPLY DEADLINE TO DECEMBER 18, 2008, PURSUANT TO PARTIES' STIPULATION |
| v. | |
| KEN CLARK, et al., | (Doc. 38) |
| Defendants. | |

Pursuant to the parties' stipulation, the deadline for Defendants to file their reply is HEREBY EXTENDED to December 18, 2008.

IT IS SO ORDERED.

**Dated:   November 25, 2008**          /s/ Sandra M. Snyder
                                                                UNITED STATES MAGISTRATE JUDGE

1