# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD TAYLOR,<br><br>              Plaintiff,<br><br>     v.<br><br>KEN CLARK, et al.,<br><br>              Defendants.<br>_____/ | CASE NO. 1:07-cv-00032-AWI-SMS PC<br><br>ORDER REQUIRING PLAINTIFF TO RESPOND TO DEFENDANTS' REQUEST TO CONTINUE MOTION TO COMPEL HEARING<br><br>(Doc. 46)<br><br>**Response Deadline:  August 21, 2009** |

  On August 4, 2009, Plaintiff filed a motion to compel, which is set for hearing on August 28, 2009. On August 14, 2009, Defendants filed an ex parte request to continue the hearing thirty days.

  Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to the request on or before **Friday, August 21, 2009**.

IT IS SO ORDERED.

**Dated:   August 18, 2009**            /s/ Sandra M. Snyder
               UNITED STATES MAGISTRATE JUDGE