# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD TAYLOR, | CASE NO. 1:07-cv-00032-AWI-SMS PC |
| Plaintiff, | ORDER GRANTING PROTECTIVE ORDER |
| v. | (Doc. 51) |
| KEN CLARK, et al., | |
| Defendants. | |

On October 1, 2009, Plaintiff and Defendants filed a stipulation to a protective order setting forth the conditions for release of confidential material to Plaintiff's counsel by Defendants. The material in question is the subject of a document production request by Plaintiff.

The Court has reviewed the stipulation, and the protective order agreed upon by the parties is HEREBY GRANTED.

IT IS SO ORDERED.

**Dated:   October 5, 2009**            /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE

1