IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD TAYLOR,<br><br>    Plaintiff,<br><br>    vs.<br><br>KEN CLARK, et al.,<br><br>    Defendants.<br>_____/ | 1:07-cv-00032-AWI-SMS (PC)<br><br>ORDER GRANTING PARTIES' REQUEST TO CONDUCT A STATUS CONFERENCE AT THE HEARING SET FOR PLAINTIFF'S MOTION TO COMPEL<br><br>Date:        October 23, 2009<br>Time:        10:30 a.m.<br>Courtroom:  7 (SMS) |

    The parties are appear on October 23, 2009, at 10:30 a.m. before the undersigned for a hearing on Plaintiff's motion to compel.  The parties request that a status conference be conducted at the hearing in order to set discovery deadlines and to discuss further proceedings.

    The parties' request is HEREBY GRANTED.

IT IS SO ORDERED.

**Dated:   October 21, 2009**             **/s/ Sandra M. Snyder**
                                                        UNITED STATES MAGISTRATE JUDGE