# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD TAYLOR,<br><br>             Plaintiff,<br><br>     v.<br><br>KEN CLARK, et al.,<br><br>             Defendants.<br>                                                              / | CASE NO. 1:07-cv-00032-AWI-SMS PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO CHANGE DESIGNATION OF CASE FROM 550 TO 440 |

This civil rights action was filed by Plaintiff Gerald Taylor, a state prisoner proceeding pro se, on January 8, 2007. On August 8, 2008, counsel was appointed for Plaintiff. Because Plaintiff is no longer proceeding pro se, the Clerk's Office shall change the administrative designation of this case from 550 to 440, and for all future filings, the case number shall be 1:07-cv-00032-AWI-SMS.

IT IS SO ORDERED.

**Dated:     October 23, 2009**            /s/ Sandra M. Snyder
                                           UNITED STATES MAGISTRATE JUDGE