# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD TAYLOR,<br><br>            Plaintiff,<br><br>     v.<br><br>KEN CLARK, et al.,<br><br>            Defendants. | CASE NO. 1:07-cv-00032-AWI-SMS<br><br>ORDER VACATING ORDER SETTING MANDATORY SCHEDULING CONFERENCE<br><br>(Doc. 61) |

      This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Gerald Taylor. On October 23, 2009, the Court issued an order directing the Clerk's Office to change the designation of this action from a 550 to a 440. In response to that order, the Clerk's Office generated new case documents, which included an order setting a mandatory scheduling conference.

      The order setting a mandatory scheduling conference is HEREBY VACATED in its entirety.

IT IS SO ORDERED.

**Dated:   October 23, 2009**                       **/s/ Sandra M. Snyder**
                                                          UNITED STATES MAGISTRATE JUDGE