# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD TAYLOR, | CASE NO. 1:07-cv-00032-AWI-SMS PC |
| Plaintiff, | ORDER GRANTING STIPULATION AND REQUEST TO EXTEND DEADLINE TO REVIEW DEPOSITION TRANSCRIPT FROM JANUARY 22, 2010, TO FEBRUARY 22, 2010 |
| v. | |
| KEN CLARK, et al., | (Doc. 71) |
| Defendants. | |

On February 2, 2010, Plaintiff and Defendants filed a stipulation and request to extend the deadline for Plaintiff to review and make any changes to his deposition transcript from January 22, 2010, to February 22, 2010. Fed. R. Civ. P. 30.

The Court has reviewed the stipulation and request, and it is HEREBY GRANTED.

IT IS SO ORDERED.

**Dated:** February 3, 2010          /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE

1