Carter C. White, CSB # 164149
U.C. Davis Civil Rights Clinic
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
Telephone: (530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu

Attorney for Plaintiff, Gerald Taylor

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GERALD TAYLOR,<br><br>                     Plaintiff,<br><br>vs.<br><br>KEN CLARK, et al.,<br><br>                  Defendants | NO. CIV 1:07-cv-00032 AWI SMS<br><br>**ORDER SHORTENING TIME FOR BRIEFING ON PLAINTIFF'S REQEUST FOR RECONSIDERATION** |

The Defendants are ordered to file responses to Plaintiff's Request for Reconsideration no later than April  12, 2010 to allow the Court sufficient time to issue an order on Plaintiff's motion in the week prior to the scheduled depositions. Defendants shall provide to Plaintiff's counsel any documents that the Court orders produced no later than April 23, 2010.  Hearing on Motion f or Reconsideration is **advanced from May 7, 2010 to APRIL 16, 2010 AT 9:30 a.m.** .

### IT IS SO ORDERED.

Dated: April  5, 2010

 Sandra M. Snyder
Sandra M. Snyder
United States Chief Magistrate Judge

1