# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD TAYLOR,<br><br>             Plaintiff,<br><br>   v.<br><br>KEN CLARK, et al.,<br><br>             Defendants. | CASE NO. 1:07-cv-00032-AWI-SMS<br><br>**ORDER APPROVING PLAINTIFF'S REQUEST FOR AUTHORITY TO INCUR COSTS**<br><br>(Doc. 94.) |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Gerald Taylor. The Court has considered the Appointed Counsel's Request for Authority to Incur Costs at a maximum of five thousand dollar ($5,000.00) for an expert witness. (Doc. 94.)

It is HEREBY ORDERED that the request for authority to incur a maximum of five thousand ($5,000.00) in costs for an expert witness, filed on June 18, 2010 by Plaintiff's appointed counsel, is APPROVED.

IT IS SO ORDERED.

**Dated:   June 21, 2010**              /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

1