# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD TAYLOR, | CASE NO. 1:07-cv-00032-AWI-SMS PC |
| Plaintiff, | ORDER ON TELEPHONIC STATUS CONFERENCE AND REQUIRING ATTORNEY GENERAL'S OFFICE TO FACILITATE DISCOVERY |
| v. | |
| KEN CLARK, et al., | |
| Defendants. | |
| _____/ | |

On August 11, 2010, at 10:00 a.m., the Court held telephonic status conference to discuss the current status of the discovery (specifically depositions) in this case and the continuing impact of the State's budget crisis thereon. Plaintiff, Gerald Taylor, was represented by Carter Capps White; Defendants, Ken Clark and Darrell Adams, were represented by Deputy Attorney General Kathleen Williams; and Defendants, McKesson and Wofford, were represented by Deputy Attorney General Michelle Angus.

The need for depositions, difficulty with obtaining the State's authorization of travel expenses, and concomitant impact on witness depositions were all discussed. The Court notes that, even though Plaintiff is represented, this case is over three years old.

Despite the current crisis with the State's budget, the Court believes it is critical that his case move forward. The Court has granted continuances and stayed the case for a brief period in hopes that the State budgetary issues would resolve – at least to the point that the lead defense attorney might be able to represent her clients in the usual and customary manner. Unfortunately, this has

1  not happened and the Court cannot wait any longer for a state legislature that may not resolve budget
2  difficulties for a number of months.  Depositions must be conducted in the near future in order for
3  the parties to adequately prepare for trail -- which is currently set for April 5, 2011.  The deposition
4  of Defendant McKesson must be scheduled and go forward.
5        Accordingly, it is HEREBY ORDERED that, Plaintiff set the deposition of Defendant
6  McKesson (on a date and in a location agreed upon by all counsel) and that the supervisor(s) in the
7  Attorney General's office take whatever steps are necessary to facilitate Ms. Angus' ability to attend
8  Defendant McKesson's deposition so as to adequately represent the interests of her client.

11 IT IS SO ORDERED.

12 **Dated:   August 11, 2010**            /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE