Carter C. White, CSB #164149
U.C. Davis Civil Rights Clinic
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
(530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERALD TAYLOR**, | Case No. 1:07-cv-00032-AWI-SMS |
| Plaintiff, | **ORDER REGARDING THE TESTIMONY OF EXPERT WITNESS, DAVID G. SMITH, M.D.** |
| vs. | |
| **KEN CLARK, et al.**, | |
| Defendants. | |

Pursuant to Local Rule 143(b), the Court hereby enters as an Order the stipulation of the parties that the medical expert witness, David G. Smith, M.D., be allowed to testify at the upcoming trial of this case by deposition.  The parties will take the deposition of the witness, and the deposition of the witness will be recorded by both stenographic means and by videotape pursuant to Rule 30.  Following the deposition, the parties will designate sections of the videotape to be viewed by the jury and corresponding transcripts to be provided to the Court.  To the extent the parties cannot agree on these designations, they will ask the Court to rule on any objections at the pretrial hearing.  Nothing in this stipulation is intended to preclude any party from calling Dr. Smith to testify in person at the trial of this case.

///

///

///

1   The Court finds that the requirements of Rule 32 are met in that the witness will be
2  greater than 100 miles from the place of the trial and that exceptional circumstances exist as to
3  make it desirable in the interest of justice that the witness's testimony be presented by
4  deposition.

5

6  **IT IS SO ORDERED.**

7  **Dated:   October 14, 2010**                             /s/ Sandra M. Snyder
    **UNITED STATES MAGISTRATE JUDGE**