Carter C. White, CSB #164149
U.C. Davis Civil Rights Clinic
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
(530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **GERALD TAYLOR**, | ) | Case No. 1:07-cv-00032-AWI-SMS |
| | ) | |
| | ) | **ORDER TO WAIVE FEDERAL RULE** |
| Plaintiff, | ) | **OF CIVIL PROCEDURE 26(a)(2)** |
| | ) | **EXPERT REPORT REQUIREMENT** |
| vs. | ) | |
| | ) | |
| **KEN CLARK, et al.,** | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Pursuant to Local Rule 143(b), the Court hereby enters as an Order the stipulation of the parties that the requirement of an accompanying written report with expert disclosures, pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, is waived in this action.

IT IS SO ORDERED.

Dated:  October 14, 2010                     /s/ Sandra M. Snyder
                                                                   UNITED STATES MAGISTRATE JUDGE