CARTER C. WHITE, CSB # 164149
KING HALL CIVIL RIGHTS CLINIC
U.C. Davis School of Law
One Shields Avenue, Building TB-30
Davis, CA 95616-8821
Telephone: 530.752.5440
Facsimile: 530.752.5788
ccwhite@ucdavis.edu

Attorney for Plaintiff

FILED
JAN 19 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERALD TAYLOR,**<br><br>               Plaintiff,<br><br>vs.<br><br>**KEN CLARK, et al.,**<br><br>               Defendants. | Case No: 1:07-cv-00032-AWI-SMS<br><br>[~~PROPOSED~~] **ORDER ON UNOPPOSED REQUEST TO FILE DOCUMENTS UNDER SEAL** |

The Court, having considered the parties' request, orders that Plaintiff's Exhibits H and I to the Response to Defendants' Motions for Summary Judgment be sealed.

Signed this 19th day of January, 2011

/s/ Sandra M. Snyder
SANDRA M. SNYDER
United States Magistrate Judge

1