

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GERALD TAYLOR,

                Plaintiff,

    v.

KEN CLARK, et al.,

                Defendants.

_____/

CASE NO. 1:07-cv-00032-AWI-SMS

ORDER GRANTING DEFENDANTS'
REQUEST TO FILE DOCUMENTS UNDER
SEAL

The Court, having considered the request by Defendants Clark and Adams, orders that Defendants' Exhibit A to their reply to Plaintiff's opposition to motion for summary judgment be sealed.

Signed this **25**th day of January, 2011.

SANDRA M. SNYDER
United States Magistrate Judge

1