Carter C. White, CSB # 164149
U.C. Davis Civil Rights Clinic
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
Telephone: (530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu

Attorney for Plaintiff, Gerald Taylor

FILED

FEB - 1 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD TAYLOR,<br>　　　　　Plaintiff,<br><br>vs.<br><br>KEN CLARK, et al.,<br>　　　　　Defendants | Case No: 1:07-cv-00032 AWI SMS<br><br>**[PROPOSED] ORDER ON REQUEST TO FILE CORRECTED EXHIBIT H UNDER SEAL** |

　　The Court, having considered the Plaintiff's request, orders that Plaintiff's corrected Exhibit H to the Response to Defendants' Motions for Summary Judgment be sealed.

Signed this 1st day of Feb., 2011

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　SANDRA M. SNYDER
　　　　　　　　　　　　　　　　United States Magistrate Judge

1