UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

GERALD TAYLOR,

    Plaintiff,

vs.

KEN CLARK, et al.,

    Defendants.
_____

NO. 1:07-cv-00032-AWI-SMS

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

As to Gerald Taylor, CDCR **# J66876**

    **Gerald Taylor**, inmate CDCR# J66876, a necessary and material witness in proceedings in this case on April 5, 2011, is confined in Kern Valley State Prison, 3000 West Cecil Avenue, Delano, CA, 93261, in the custody of the Warden, Kelly Harrington; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 6th Floor, Courtroom No. 9, United States Courthouse, 2500 Tulare Street #1501, Fresno, California on April 5, 2011 at 10:00 a.m. for a settlement conference.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-to-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden of California State Prison-Kern Valley, 3000 West Cecil Avenue, Delano, CA, 93261:**

    **WE COMMAND** you to produce the inmate named above to testify in person before the United States District Court at the time and place above and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

    Dated: **March 23, 2011**                        /s/ *Dennis L. Beck*
                                                                    UNITED STATES MAGISTRATE

JUDGE