**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendants
KEN CLARK and
DERRAL ADAMS (erroneously sued herein as "Darrell Adams")

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD TAYLOR, | CASE:  1:07-cv-00032-AWI-SMS |
| Plaintiff, | **STIPULATION AND ORDER CHANGING SETTLEMENT CONFERENCE DATE** |
| vs. | |
| KEN CLARK, DARRELL ADAMS, | |
| Defendants. | |

*Taylor v Clark*  [1:07-cv-00032-AWI-SMS]Stip and Order to Reschedule Settlement Conference                             Page 1

It is hereby stipulated by and between the parties that the Settlement Conference presently scheduled for April 5, 2011 at 10:00 a.m. in front of the Honorable Magistrate Dennis Beck be changed to April 26, 2011 at 11:00 a.m. in front of the Honorable Magistrate Dennis Beck.

Dated: March 31, 2011    WILLIAMS & ASSOCIATES

By: */s/ Kathleen J. Williams*
     KATHLEEN J. WILLIAMS, CSB 127021
     Attorneys for defendants CLARK and ADAMS

Dated: March 31, 2011    KING HALL CIVIL RIGHTS CLINIC
                         UC DAVIS SCHOOL OF LAW

By:*/s/ Carter Capps White* (signed w/permission)
     CARTER CAPPS WHITE, CSB 164149
     Attorneys for plaintiff GERALD TAYLOR

Dated: March 31, 2011    STATE OF CALIFORNIA, OFFICE OF THE ATTORNEY GENERAL

By:*/s/ Michelle Angus* (signed w/permission)
     MICHELLE ANGUS, CSB 210031
     Attorneys for defendant McKESSON

IT IS SO ORDERED.

**Dated:   April 4, 2011**              **/s/ Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE