**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendants
KEN CLARK and
DERRAL ADAMS (erroneously sued herein as "Darrell Adams")

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERALD TAYLOR,  )<br>            Plaintiff,  )<br>vs.  )<br>KEN CLARK, DARRELL ADAMS,  )<br>            Defendants.  )<br>_____ ) | CASE:  1:07-cv-00032-AWI-SMS<br><br>**STIPULATION AND ORDER CHANGING STATUS CONFERENCE DATE** |

It is hereby stipulated by and between the parties that the Status Conference presently scheduled for April 25, 2011 be changed to May 16, 2011 at 2:30 p.m., via conference call.

Dated: April 13, 2011          WILLIAMS & ASSOCIATES

                              By: */s/ Kathleen J. Williams*
                                    KATHLEEN J. WILLIAMS, CSB 127021
                                    Attorneys for defendants CLARK and
                                    ADAMS

Dated:    April 13, 2011       KING HALL CIVIL RIGHTS CLINIC
                              UC DAVIS SCHOOL OF LAW

                              By:    */s/Carter Capps White*
                                    CARTER CAPPS WHITE, CSB 164149
                                        Attorneys for plaintiff GERALD TAYLOR

*Taylor v Clark*  [1:07-cv-00032-AWI-SMS]Stip and Order to Change Status Conference Date          Page 1

1  Dated: April 13, 2011               STATE OF CALIFORNIA, OFFICE OF THE
2                                      ATTORNEY GENERAL
3                                      By: */s/Michelle Angus*
                                            MICHELLE ANGUS, CSB 210031
4                                           Attorneys for defendant McKESSON

5                                      **ORDER**

6  IT IS SO ORDERED.

7  Dated:   April 15, 2011
8                                      _____
                                       CHIEF UNITED STATES DISTRICT JUDGE