1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8

GERALD TAYLOR,                              CASE NO. 1:07-CV-00032-AWI-SMS

9                      Plaintiff,            NOTICE AND ORDER THAT PLAINTIFF IS
                                            NO LONGER NEEDED IN THESE
10          v.                              PROCEEDINGS, AND THE WRIT OF
                                            HABEAS CORPUS AD TESTIFICANDUM IS
11   KEN CLARK, et al.,                     DISCHARGED

12                      Defendants.

13   _____/

14

15          This matter was set for settlement conference on April 26, 2011.  The settlement

16   conference concluded on April 26, 2011.

17          Accordingly, Plaintiff Gerald Taylor, CDCR # J-66876,  is no longer needed by the Court

18   in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is

19   discharged.

20

21          IT IS SO ORDERED.

22      **Dated:    April 26, 2011**            **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

1