KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Supervising Deputy Attorney General
MICHELLE L. ANGUS, State Bar No. 210031
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 445-2395
Fax: (916) 324-5205
E-mail: Michelle.Angus@doj.ca.gov
*Attorneys for Defendants
McKesson and Wofford*

FILED
AUG 19 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GERALD TAYLOR,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KEN CLARK, et al.,<br><br>　　　　　　Defendants. | 1:07-cv-00032 AWI SMS<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii) |

///
///
///
///
///
///

1

1  **IT IS STIPULATED** that under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the
2  above-entitled action shall be dismissed with prejudice as to all Defendants.

4
5  Dated: April 26, 2011                By: _Jerald Taylor_
                                              Plaintiff

7
8  Dated: April 26, 2011                By: _[signature]_
                                              Attorneys for Plaintiff

10
11 Dated: August 4, 2011                By: _M Anderson_
                                              Attorney for Defendants

13                                      It is so Ordered. Dated: _8-18-11_
14
15 SA2008302913                          _____
                                          United States District Judge