1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Supervising Deputy Attorney General
3  MICHELLE L. ANGUS, State Bar No. 210031
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 445-2395
6    Fax: (916) 324-5205
     E-mail: Michelle.Angus@doj.ca.gov
7  *Attorneys for Defendants*
   *McKesson and Wofford*

FILED
AUG 19 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| GERALD TAYLOR, | 1:07-cv-00032 AWI SMS |
|---|---|
| Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | Fed. R. Civ. P. 41(a)(1)(A)(ii) |
| KEN CLARK, et al., | |
| Defendants. | |

///
///
///
///
///
///

1

**IT IS STIPULATED** that under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-entitled action shall be dismissed with prejudice as to all Defendants.

Dated: April 26, 2011          By: _Jerald Taylor_
                                    Plaintiff

Dated: April 26, 2011          By: _Cath Curler_
                                    Attorneys for Plaintiff

Dated: August 4, 2011          By: _M Anderson_
                                    Attorney for Defendants

It is so Ordered. Dated: 8-18-11

_____
United States District Judge

SA2008302913